# McNamara, Ney, Beatty, Slattery, Borges & Ambacher LLP
### ATTORNEYS AT LAW

THOMAS G. BEATTY
ROBERT M. SLATTERY
GUY D. BORGES
MARTIN J. AMBACHER
R. DEWEY WHEELER
PETER J. HIRSIG
WILMA J. GRAY
JAMES V. FITZGERALD, III
ROBERT W. HODGES
PAUL B. WALSH
RICARDO A. MARTINEZ

DENISE BILLUPS-SLONE
JAMES E. ALLEN
DENISE J. SERRA
NOAH G. BLECHMAN
MICHAEL P. CLARK
PETER W. SEKELICK
NOLAN S. ARMSTRONG
LUANNE RUTHERFORD
NATHANIEL A. SMITH
TIMOTHY J. RYAN

MATTHEW P. SULLIVAN
WILLIAM L. McCASLIN
JOHN C. ADAMS
ERIC M. FRIEDMAN
ERIC A. ORTIZ
HELENAZ MOTEABBED

ADAM G. KHAN
LAURA A. COX
BRENDON L.S. HANSEN
JAMES J. KIM
ZACHARY E. COLBETH
BENJAMIN J. SCHNAYERSON

1211 NEWELL AVENUE
WALNUT CREEK, CA 94596-5238

TELEPHONE: (925) 939-5330
FACSIMILE:  (925) 939-0203

www.mcnamaralaw.com

SOLANO COUNTY OFFICE
639 KENTUCKY STREET
FAIRFIELD, CA 94533-5530
TELEPHONE:  (707) 427-3998
FACSIMILE: (707) 427-0268

PARTNERS EMERITUS
WILLIAM K. HOUSTON, JR.
DOUGLAS C. McCLURE
THOMAS E. PFALZER
MICHAEL J. NEY
(Private Mediator)
DANIEL J. McNAMARA
(1923 – 2011)
RICHARD E. DODGE
(1941 – 2000)

OF COUNSEL
ROBERT W. LAMSON
LISA R. ROBERTS

April 21, 2015

Timothy J. Ryan
timothy.ryan@mcnamaralaw.com

The Honorable Maria-Elena James
U.S. District Court - Northern
San Francisco Courthouse, Courtroom B - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

GRANTED
Judge Maria-Elena James

Re:     **Fratus v. County of Contra Costa**
        **USDC Case No.: 3:14-cv-05533-MEJ**

Dear Judge James:

On February 26, 2015, the court, pursuant to stipulation of all counsel, ordered this civil rights case to mediation under the court's ADR program. The presumptive deadline for the mediation (90 days from the date of ADR referral) is May 25, 2015. All counsel have been in contact with the court appointed mediator, Frederick Hertz, and have been working diligently to schedule the mediation. In view of the number of issues presented in the case and the need for the participation of a number of County representatives at the mediation session, the earliest date acceptable to the mediator, all counsel and the parties is June 1, 2015. Accordingly, the mediation is now scheduled for June 1, 2015.

Since the scheduled mediation date is beyond the presumptive deadline, I am writing to request the court's permission to extend the mediation deadline to June 1, 2015. Should the court require any additional information related to this request, please advise.

Very truly yours,

Timothy J. Ryan

TJR:rmo
cc:     Frederick Hertz, Esq.
        Kathleen E. Wells, Esq.