# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK FRATUS, et al., <br><br>   Plaintiffs, <br><br>   v. <br><br> COUNTY OF CONTRA COSTA, et al., <br><br>   Defendants. | Case No. 14-cv-05533-MEJ <br><br> **ORDER FOR PARTIES TO APPEAR FOR COURTROOM MEET AND CONFER SESSION** |

The Court is in receipt of Defendants' request for a telephonic conference regarding disputed provisions of a proposed protective order. Dkt. No. 25. Having reviewed the request, the Court ORDERS the parties to meet and confer in person on October 2, 2015 at 9:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall come prepared to meaningfully discuss and resolve their disputes. If unable to resolve the dispute, the parties shall draft a joint letter at the session in compliance with paragraph 2 of the Standing Order. Thus, the parties are ORDERED to bring any necessary equipment to draft the letter and present it to the Deputy Clerk for electronic filing.

If the parties meet and confer in person and resolve their disputes or file a joint letter prior to October 2, they shall jointly request that the Court vacate the meet and confer session.

**IT IS SO ORDERED.**

Dated: September 29, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge