UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK FRATUS, et al.,<br>    Plaintiffs,<br>v.<br>COUNTY OF CONTRA COSTA, et al.,<br>    Defendants. | Case No. 14-cv-05533-MEJ<br><br>**DISCOVERY ORDER RE: PROTECTIVE ORER TERMS**<br><br>Re: Dkt. No. 27 |

On July 27, 2015, the Court granted Defendants' request to compel the inspection of Plaintiffs' properties, 2284 and 2300 Dutch Slough Road, to be conducted by Alison Teeman and an inspector with the County's Building Inspection Department. Dkt. No. 24. The Court also granted Plaintiffs' request for a protective order, limiting the information obtained from the inspection to use in this lawsuit. *Id.* Now before the Court is the parties' joint letter regarding their dispute over the terms of the protective order. Dkt. No. 27. Having reviewed the parties' positions, the Court ORDERS as follows:

1) The inspectors may open doors and peer into spaces, such as closets and utility spaces, but shall not open drawers to any furniture.

2) The inspectors may communicate, verbally or non-verbally, with Plaintiffs' tenants during the inspection of the 2284 property. While there appears to be no reason for Defendants to initiate substantive conversations, Plaintiffs have failed to present good cause for the Court to preclude the inspectors from communicating with any tenants at the property who may wish to communicate with them. Any information obtained through such communications shall be limited to use in this lawsuit.

3) The inspectors do not need to "stay congregated" during the inspections.

4) All notes, reports, etc. from the inspection are already subject to the protective order. Therefore, they shall not be placed in a file under seal with the Court.

**IT IS SO ORDERED.**

Dated: October 5, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge