AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

| | |
|---|---|
| CLARK FRATUS and KARLA FRATUS<br>    Plaintiff (s),<br>V.<br>COUNTY OF CONTRA COSTA, et al.,<br>    Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 3:14-CV-05533 MEJ |

Notice is hereby given that, subject to approval by the court, __Clark Fratus and Karla Fratus__ substitutes
(Party (s) Name)

__Clark Fratus and Karla Fratus__, State Bar No. __N/A__ as counsel of record in
(Name of New Attorney)

place of __KATHLEEN E. WELLS, ESQ., SBN 107051__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     Clark Fratus and Karla Fratus
Address:       2300 Dutch Slough Oakley, CA 94561
Telephone:     (925) 339-2271        Facsimile
E-Mail (Optional): karlafratus@gmail.com

I consent to the above substitution.
Date: 2/9/2016

//s/Clark Fratus            //s/Karla Fratus
CLARK FRATUS            KARLA FRATUS
(Signature of Party (s))

I consent to being substituted.
Date: 2/9/2016

//s/Kathleen E. Wells, Esq.
KATHLEEN E. WELLS, ESQ.
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/9/2016

//s/ Clark Fratus            //s/Karla Fratus
(Signature of New Attorney)
CLARK FRATUS            KARLA FRATUS

The substitution of attorney is hereby approved and so ORDERED.

Date: February 12, 2016

_[signature]_ Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

MARIA-ELENA JAMES
United States Magistrate Judge