1  Name: CLARK FRATUS and KARLA FRATUS
2  Address: 2300 Dutch Slough
   Oakley, CA 94561
3  Phone Number: 925.339.2271
4  E-mail Address: karlafratus@gmail.com
5  *Pro Se*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK FRATUS and KARLA FRATUS | Case Number: 14-05533 |
| Plaintiff, | MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING |
| vs. | |
| COUNTY OF CONTRA COSTA, et al., | Judge Maria-Elena James |
| Defendant. | |

As the (*Plaintiff/Defendant*) Plaintiffs _____ in the above-captioned matter, we respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. We hereby affirm that:

1. We have reviewed the requirements for e-filing and agree to abide by them.

2. We understand that once we register for e-filing, we will receive notices and documents only by email in this case and not by regular mail.

3. We have regular access to the technical requirements necessary to e-file successfully:
   - [✓] A computer with internet access;
   - [✓] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   - [✓] A scanner to convert documents that are only in paper format into electronic files;
   - [ ] A printer or copier to create to create required paper copies such as chambers copies;
   - [✓] A word-processing program to create documents; and
   - [ ] A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: 02/11/2016          Signature: //s/Clark Fratus
                                     Clark Fratus, Plaintiff in Pro Per

Date: 02/11/2016          Signature: //s/Karla Fratus
                                     Karla Fratus, Plaintiff in Pro Per

1  Name: CLARK FRATUS and KARLA FRATUS
2  Address: 2300 Dutch Slough
          Oakley, CA 94561
3  Phone Number: 925.339.2271
4  E-mail Address: karlafratus@gmail.com
5  *Pro Se*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK FRATUS and KARLA FRATUS | Case Number: 14-05533 |
| | [PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING |
| Plaintiff, | |
| vs. | DATE: |
| COUNTY OF CONTRA COSTA, et al., | TIME: COURTROOM: JUDGE: |
| Defendant. | |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: February 12, 2016

*[Signature stamp: Judge Maria-Elena James, United States District Court, Northern District of California]*