UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK FRATUS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>    Defendants. | Case No. 14-cv-05533-MEJ<br><br>**ORDER RE: DISPOSITIVE MOTION AND CASE MANAGEMENT DEADLINES** |

On March 12, 2015, the Court set a deadline of February 11, 2016 to file dispositive motions in this case. Dkt. No. 14. Defendants filed their Motion for Summary Judgment on the deadline, but Plaintiffs filed a Request for Extension of Time. Dkt. No. 51. In their request, Plaintiffs state there has been an irremediable breakdown in the relationship with their counsel of record, Kathleen E. Wells, and therefore request a 60-day extension for filing dispositive motions. However, Plaintiffs do not provide any reason why they waited until the dispositive motion deadline to bring their request, and such an extension would be unfair to Defendants, who filed their motion by the deadline. Accordingly, the Court ORDERS as follows:

1) Plaintiffs' request for a 60-day extension to file dispositive motions is DENIED WITHOUT PREJUDICE. If necessary after resolution of Defendants' motion, Plaintiffs may file a renewed request for such an extension.

2) The deadline for Plaintiffs to file an opposition to Defendants' motion is EXTENDED to April 14, 2016. Defendants' reply shall be due April 28, 2016. The hearing on Defendants' motion is CONTINUED to May 12, 2016 at 10:00 a.m. in Courtroom B.

3) All subsequent pretrial and trial dates are VACATED and shall be rescheduled, if necessary, after resolution of Defendants' motion.

**IT IS SO ORDERED.**

Dated: February 12, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge