UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK FRATUS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>    Defendants. | Case No. 14-cv-05533-MEJ<br><br>**ORDER RE DEFENDANTS' CHAMBERS COPIES**<br><br>Re: Dkt. Nos. 33-35, 40 |

PLEASE TAKE NOTICE that the chambers copies of the Declaration of Robert Erickson (Dkt. No. 40) and the Request for Judicial Notice (Dkt. Nos. 33-35) were submitted in a format that is not usable by the Court. The chambers copies are not usable because they:

(X)    have no tabs for the voluminous exhibits;

(X)    do not include the ECF running header at the top of each page

The paper used for the above-described chambers copies has been recycled by the Court. No later than April 14, 2016, Defendants shall submit chambers copies in a format that is usable by the Court and in compliance with the undersigned's Civil Standing Order.

**IT IS SO ORDERED.**

Dated: April 8, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge