United States District Court
Northern District of California

1
2
3                         UNITED STATES DISTRICT COURT
4                       NORTHERN DISTRICT OF CALIFORNIA
5

6    CLARK FRATUS, et al.,                    Case No.  14-cv-05533-MEJ
                      Plaintiffs,
7                                             **ORDER RE: AMENDED OPPOSITION
8            v.                               TO DEFENDANTS' MOTION FOR
                                              SUMMARY JUDGMENT**
9    COUNTY OF CONTRA COSTA, et al.,
                                              Re: Dkt. No. 75
                      Defendants.
10

11

12          Pending before the Court is Defendants' Motion for Summary Judgment.  Dkt. No. 48.

13   Briefing in this matter has been complete since Defendants filed their Reply on April 28, 2016,

14   and the matter is set for a hearing on July 14, 2016.  However, on May 22, 2016, Plaintiffs filed an

15   Amended Opposition to Defendants' Motion.  Dkt. No. 75.  Pursuant to Civil Local Rule 7-3(d),

16   "Once a reply is filed, no additional memoranda, papers or letters may be filed without prior Court

17   approval," except in limited circumstances not applicable here.  As Plaintiffs did not seek leave to

18   file an amended opposition, the Court would normally order it stricken from the record.  Since

19   Plaintiffs represent themselves in this matter and the hearing is seven weeks away, thus giving

20   Defendants ample time to amend their reply, the Court shall permit Plaintiffs to file their amended

21   opposition.  Plaintiffs are hereby advised that any future filings that do not comply with the federal

22   and local rules shall be stricken from the record.  Defendants shall file an amended reply by June

23   9, 2016.

24          **IT IS SO ORDERED.**

25

26   Dated: May 23, 2016

27          _____

28          MARIA-ELENA JAMES
            United States Magistrate Judge