UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK FRATUS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>    Defendants. | Case No. 14-cv-05533-MEJ<br><br>**ORDER RE: SUPPLEMENTAL RESPONSES FOLLOWING HEARING** |

On July 14, 2016, the Court held a hearing on Defendants' Motion for Summary Judgment. At the hearing, the Court agreed to allow the parties to submit supplemental responses concerning Plaintiffs' federal causes of action.

For clarification, the Court now issues the following **ORDER**:

By August 15, 2016, Plaintiffs shall file a supplemental response of no more than 15-pages, double-spaced, which identifies what specific facts in the record support their Equal Protection, Substantive Due Process, and First Amendment retaliation claims.  In doing so, Plaintiffs should focus on acts that occurred in or after February 2012.  Please be specific and go through each of the constitutional claims – for instance, which of the Defendants allegedly violated Plaintiffs' Equal Protection rights in or after February 2012 and how, and what evidence in the record supports this.  Plaintiffs may file no more than 15 pages worth of additional evidence in support of their response, although they are encouraged to cite *current* portions of the record, and to do so with specificity (i.e., docket number, page number, etc.).

By August 29, 2016, Defendants may file a supplemental response of no more than 15 pages, double-spaced.

On September 29, 2016, the Court will, if necessary, hold a follow-up hearing on the

matters above, to be held at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: July 20, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge